## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KENNETH A. THOMAS MD, LLC, a
Connecticut limited liability company,
individually and on behalf of all others
similarly situated,

      Plaintiff,

v.

BEST DOCTORS, INC., a Delaware
corporation,

      Defendant.

**Civil Action No.  1:17-cv-12563-DJC**

## DEFENDANT'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.3, defendant Best Doctors, Inc. states that it is a wholly-owned subsidiary of Teladoc, Inc., a publicly held corporation.  No person owns 10% or more of the stock of Teladoc, Inc.

BEST DOCTORS, INC.,

By its attorneys:

/s/ David G. Thomas
David G. Thomas (BBO # 640854)
James P. Ponsetto (BBO #556144)
Emily H. Bryan (BBO # 687935)
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

Dated:  February 28, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on February 28, 2018.

/s/ David G. Thomas