UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KENNETH A. THOMAS MD, LLC**

v.                                                                          **CIVIL ACTION NO. 17-12563-DJC**

**BEST DOCTORS, INC.**

## ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was March 12, 2018. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until April 6, 2018 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

March 19, 2018                                                          /s/ Lisa M. Hourihan  
                                                                                         --------------------------  
                                                                                         Deputy Clerk