# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BEST DOCTORS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.1:17-cv-12563-DJC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kenneth A. Thomas MD, LLC hereby dismisses this action without prejudice.

Respectfully Submitted,

**KENNETH A. THOMAS MD, LLC**

Dated: April 6, 2018         By:   /s/Warren E. Agin_____
One of Plaintiff's Attorneys

Warren E. Agin, Esq.
BBO No. 554242
Swiggart & Agin, LLC
50 Milk Street, 16th Floor
Boston, MA 02109
Direct Dial: 617-517-3203
wea@swiggartagin.com

Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle St., 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: (877) 333-9427
Facsimile: (888)498-8946

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Warren E. Agin
Warren E. Agin, Esq.
